FILED
July 16, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ Joseph Hinojos _____
DEPUTY

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
**Western District of Texas**
Pecos Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  **PE: 26-MJ-281** |
| Fernando GAMEZ Jr. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___07/15/2026___ in the county of ___Presidio___ in the
___WESTERN DISTRICT OF TEXAS___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1)&(b)(1)(A) | did knowingly and intentionally possess with intent to distribute fentanyl, to wit: 1.1 kilograms, a Schedule II controlled substance |
| 21 U.S.C. 952 & 960(b)(1)(F) | did knowingly and intentionally import into the United States with intent to distribute fentanyl, to wit: 1.1 kilograms, a Schedule II controlled substance |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Fernando Juarez_
*Complainant's signature*

Complaint sworn to in my presence and signed
electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

Fernando Juarez, Special Agent, HSI
*Printed name and title*

Date: ___7/16/2026___

*Judge's signature*

City and state:  Pecos, Texas ▼

Honorable Judge David B. Fannin ▼
*Printed name and title*

On July 15, 2026, at approximately 5:50 a.m., Fernando GAMEZ Jr. attempted entry into the United States at the Presidio Port of Entry.  GAMEZ was the driver and sole occupant of a Dodge Ram truck.  Anomalies were detected inside the spare tire on the Low Energy Portal (LEP), an x-ray system utilized in the pre-primary inspection area.  GAMEZ and the vehicle were referred to secondary for further inspection.

CBPOs noted the tire was abnormally heavy and a canine alerted to the presence of a controlled substance.  An intensive inspection revealed 20 bundles concealed inside the spare tire.  One bundle, which weighed 1.1 kilograms, was probed and a white powdery substance was extracted. The substance tested positive for the properties of fentanyl. The total gross weight of all the bundles was 22.4 kilograms.  Due to safety concerns, lab testing on the remaining 19 bundles is pending.

Homeland Security Investigations (HSI) Special Agent Fernando Juarez read GAMEZ his Miranda Rights. GAMEZ stated he understood his rights and agreed to make a statement. GAMEZ said he entered into an agreement to deliver 15 or 16 kilograms of heroin and 2 kilograms of cocaine from Chihuahua City to Chicago, Illinois in exchange for $3000.00 per kilo.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other law enforcement officers.

FERNANDO A JUAREZ

Digitally signed by FERNANDO A JUAREZ
Date: 2026.07.15 11:50:32 -05'00'

Fernando Juarez, HSI Special Agent